

# Fourth Court of Appeals
## San Antonio, Texas

July 6, 2015

No. 04-15-00128-CR

**IN RE** Eduardo **TREVINO**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Marialyn Barnard, Justice
               Patricia O. Alvarez, Justice

On June 11, 2015, relator Eduardo Trevino filed in this original proceeding a motion for leave to recall mandates and abate the appeals to allow relator to file an out-of-time motion for new trial. Relator's convictions were affirmed by this court on direct appeal in October 2000. This court lacks jurisdiction to grant any relief with respect to relator's final felony convictions. Only the Texas Court of Criminal Appeals has jurisdiction over matters related to post-conviction relief from an otherwise final felony conviction. *See Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991) (en banc). Accordingly, the court has considered relator's motion and it is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on July 6, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause Nos. 1999CR4085, 1999CR6204, and 1999CR6205, each styled *The State of Texas v. Eduardo Trevino*, pending in the 144th Judicial District Court, Bexar County, Texas, the Lorina I. Rummel presiding.